THE STATE OF OHIO, APPELLEE, *v.* BASS, APPELLANT.

[Cite as *State v. Bass* (1995), 71 Ohio St.3d 616.]

(No. 94–2301—Submitted January 24, 1995—Decided March 22, 1995.)

*David E. Bowers*, Allen County Prosecuting Attorney, and *Gary R. Hermon*, Assistant Prosecuting Attorney, for appellee.

*Dexter A. Bass, pro se.*

*Per Curiam.* The decision of the court of appeals is affirmed for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.